**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 262 WAL 2022

          Respondent                :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

          v.                         :

                               :

JAMES DUSTIN MCCAULEY,         :

                               :

          Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 7th day of March, 2023, the Petition for Allowance of Appeal is **DENIED**.